B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*IBKСNTh Аull С* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*Divin Bitos* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>*IоlS bАuc*<br>*NСр NСр lооlS*        ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):        ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>    under Title 26 of the United States<br>    Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br><br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>    debts, defined in 11 U.S.C.          business debts.<br>    § 101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or house-<br>    hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>    signed application for the court's consideration certifying that the debtor is<br>    unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>    attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>    insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>    on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>    of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>    distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-<br>5,000 | ☐ 5,001-<br>10,000 | ☐ 10,001-<br>25,000 | ☐ 25,001-<br>50,000 | ☐ 50,001-<br>100,000 | ☑ Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$500,000 | ☐ $500,001<br>to $1<br>million | ☐ $1,000,001<br>to $10<br>million | ☐ $10,000,001<br>to $50<br>million | ☐ $50,000,001<br>to $100<br>million | ☑ $100,000,001<br>to $500<br>million | ☐ $500,000,001<br>to $1 billion | ☐ More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$500,000 | ☐ $500,001<br>to $1<br>million | ☐ $1,000,001<br>to $10<br>million | ☐ $10,000,001<br>to $50<br>million | ☐ $50,000,001<br>to $100<br>million | ☑ $100,000,001<br>to $500<br>million | ☐ $500,000,001<br>to $1 billion | ☐ More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): \o\S S\xTh A\m |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br>     Signature of Debtor <br><br> X _____ <br>     Signature of Joint Debtor <br><br>     Telephone Number (if not represented by attorney) <br><br>     Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br>     (Signature of Foreign Representative) <br><br>     (Printed Name of Foreign Representative) <br><br>     Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____ <br>     Signature of Attorney for Debtor(s) <br><br>     Printed Name of Attorney for Debtor(s) <br><br>     Firm Name <br><br>     Address <br><br>     Telephone Number <br><br>     Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br>     Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br>     Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br>     Signature of Authorized Individual <br><br>     Printed Name of Authorized Individual <br><br>     Title of Authorized Individual <br><br>     Date |     Address <br><br> X _____ <br>     Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re _____1015 Sixth Ave. LLC._____,      )      Case No. _____

                     Debtor                      )

                                                 )

                                                 )      Chapter ☒ ~~13~~. 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____N/A._____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____5/5/11._____.

| | |
|---|---|
| a. Total assets | $ ~~estimated~~ 500,000 / 100,000 |
| b. Total debts (including debts listed in 2.c., below) | $ " " 100,000 / 500,000 |

c. Debt securities held by more than 500 holders:

|  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | " " | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | " " | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | " " | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | " " | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | " " | _____ |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | ~~10~~ | _____ |
| e. Number of shares common stock | 100. | _____ |

Comments. if anv: _____

3. Brief description of debtor's business:

Restaurant.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

N/A.

## STANDARD FORM OF STORE LEASE
### The Real Estate Board of New York, Inc.

2/94-A

**Agreement of Lease,** made as of this    2nd    day of March   19 2009    ,between

Welc Group, LLC c/o Helm Management, Inc. 336 E 59th St., NY NY 10022

party of the first part, hereinafter referred to as OWNER, and

Mohamed Hassan, 290 Aspen Knolls Way, Staten Island NY 10312

party of the second part, hereinafter referred to as TENANT,

**Witnesseth:**    Owner hereby leases to Tenant and Tenant hereby hires from Owner

**The store as set forth in Article 42 of the Rider.**

in the building known as 1015 6th Avenue

in the Borough of Manhattan     , City of New York, for the term of Ten   (10)   years

(or until such term shall sooner cease and expire as hereinafter provided) to commence on the

1st   day of March, 2009    ~~nineteen hundred and~~    , and to end on the

28th    day of February, 2019     ~~and~~

both dates inclusive, at an annual rental rate of ~~x~~ as set forth in Article 101 of the Rider

which Tenant agrees to pay in lawful money of the United States which shall be legal tender in payment of all debts and dues, public and private, at the time of payment, in equal monthly installments in advance on the first day of each month during said term, at the office of Owner or such other place as Owner may designate, without any set off or deduction whatsoever, except that Tenant shall pay the first    monthly installment(s) on the execution hereof (unless this lease be a renewal).

In the event that, at the commencement of the term of this lease, or thereafter, Tenant shall be in default in the payment of rent to Owner pursuant to the terms of another lease with Owner or with Owner's predecessor in interest, Owner may at Owner's option and without notice to Tenant add the amount of such arrears to any monthly installment of rent payable hereunder and the same shall be payable to Owner as additional rent.

The parties hereto, for themselves, their heirs, distributees, executors, administrators, legal representatives, successors and assigns, hereby covenant as follows:

**Rent:**    1. Tenant shall pay the rent as above and as hereinafter provided.

**Occupancy:**    2. Tenant shall use and occupy demised premises ~~for~~ **as more fully set forth in Article**

**41 of the Rider.**

and for no other purpose. Tenant shall at all times conduct its business in a high grade and reputable manner, shall not violate Article 37 hereof, and shall keep show windows and signs in a neat and clean condition.

**Alterations:**    3. Tenant shall make no changes in or to the demised premises of any nature without Owner's prior written consent. Subject to the prior written consent of Owner, and to the provisions of this article, Tenant, at Tenant's expense, may make alterations, installations, additions or improvements which are non-structural and which do not affect utility services or plumbing and electrical lines, in or to the interior of the demised premises by using contractors or mechanics first approved in each instance by Owner. Tenant shall, before making any alterations, additions, installations or improvements, at its expense, obtain all permits, approvals and certificates required by any governmental or quasi-governmental bodies and (upon completion) certificates of final approval thereof and shall deliver promptly duplicates of all such permits, approvals and certificates to Owner and Tenant agrees to carry and will cause Tenant's contractors and sub-contractors to carry such workman's compensation, general liability, personal and property damage insurance as Owner may require. If any mechanic's lien is filed against the demised premises, or the building of which the same forms a part, for work claimed to have done for, or materials furnished to, Tenant, whether or not done pursuant to this article, the same shall be discharged by Tenant within 30 days thereafter, at Tenant's expense, by payment or filing the bond required by law. All fixtures and all paneling, partitions, railings and like installations, installed in the premises at any time, either by Tenant or by Owner on Tenant's behalf, shall, upon installation, become the property of Owner and shall remain upon and be surrendered with the demised premises unless Owner, by notice to Tenant no later than twenty days prior to the date fixed as the termination of this lease, elects to relinquish Owner's rights thereto and to have them removed by Tenant, in which event, the same shall be removed from the premises by Tenant prior to the expiration of the lease, at Tenant's expense. Nothing in this article shall be construed to give Owner title to or to prevent Tenant's removal of trade fixtures, moveable office furniture and equipment, but upon removal of any such from the premises or upon removal of other installation as may be required by Owner, Tenant shall immediately and at its expense, repair and restore the premises to the condition existing prior to installation and repair any damage to the demised premises or the building due to such removal. All property permitted or required to be removed by Tenant at the end of the term remaining in the premises after Tenant's removal shall be deemed abandoned and may, at the election of Owner, either be retained as Owner's property or may be removed from the premises by Owner at Tenant's expense.

**Repairs:**    4. ~~Owner shall maintain and repair the exterior of and the public portions of the building. Tenant shall, throughout the term of the lease take good care of the demised premises and the fixtures and appurtenances therein, and the sidewalks adjacent~~ thereto, and make, as and when needed to preserve them in good working order and condition, all repairs thereto including the exterior and interior installations in good appearance and shall cause the same to be repaired and to good and workmanlike manner and shall make all repairs thereto necessary to keep same in good order and condition, at Tenant's own cost and expense, and shall cause the same to be covered by the insurance provided for hereafter in Article 8. Tenant

shall, throughout the term of this lease, take good care of the demised premises and the fixtures and appurtenances therein, and the sidewalks ~~adjacent~~ thereto, and at its sole cost and expense, make all ~~necessary~~ repairs thereto as and when needed to preserve them in good working order and condition, reasonable wear and tear, obsolescence and damage from the elements, fire or other casualty, excepted. If the demised premises be or become infested with vermin, Tenant shall at Tenant's expense, cause the same to be exterminated from time to time to the satisfaction of Owner. Except as specifically provided in Article 9 or elsewhere in this lease, there shall be no allowance to the Tenant for the diminution of rental value and no liability on the part of Owner by reason of inconvenience, annoyance or injury to business arising from Owner, Tenant or others making or failing to make any repairs, alterations, additions or improvements in or to any portion of the building including the erection or operation of any crane, derrick or sidewalk shed, or in or to the demised premises or the fixtures, appurtenances or equipment thereof. It is specifically agreed that Tenant shall be not entitled to any set off or reduction of rent by reason of any failure of Owner to comply with the covenants of this or any other article of this lease. Tenant agrees that Tenant's sole remedy at law in such instance will be by way of an action for damages for breach of contract. The provisions of this Article 4 with respect to the making of repairs shall not apply in the case of fire or other Casualty when are dealt with in Article 9 hereof.

**Window Cleaning:**    5. Tenant will not clean nor require, permit, suffer or allow any window in the demised premises to be cleaned from the outside in violation of Section 202 of the New York State Labor Law or any other applicable law or of the Rules of the Board of Standards and Appeals, or of any other Board or body having or asserting jurisdiction.

**Requirements of Law, Fire Insurance:**    6. Prior to the commencement of the lease term, if Tenant is then in possession, and at all times thereafter, Tenant, at Tenant's sole cost and expense, shall promptly comply with all present and future laws, orders and regulations of all state, federal, municipal and local governments, departments, commissions and boards and any direction of any public officer pursuant to law, and all rules, orders and regulations of the New York Board of Fire Underwriters or the Insurance Services Office, or any similar body which shall impose any violation, order or deny upon Owner or Tenant with respect to the demised premises, and with respect to the portion of the sidewalk adjacent to the premises, if the premises are on the street level, ~~whether or not arising out of Tenant's use or manner of use thereof, or with respect to the building (including the use permitted under the lease)~~. ~~Nothing herein shall require Tenant to make structural repairs or alterations unless Tenant has, by its manner of use of the demised premises or method of operation therein, violated any such laws, ordinances, orders, rules, regulations or requirements with respect thereto.~~ Tenant shall not do

## ASSIGNMENT AND ASSUMPTION OF LEASE

AGREEMENT dated as of the 10th day of March, 2009, between 1015 6th Avenue LLC, a New York Limited Liability Company (Assignee), having an office at 1015 6th Avenue and MOHAMED HASSAN, of 1015 Sixth Avenue, New York, New York (Assignor).

WHEREAS, the Assignor is the tenant under a commercial lease dated March 2, 2009 between WELC GROUP, LLC (Landlord) and Assignor.

NOW, THEREFORE, in consideration of the mutual promises herein contained and other good and valuable considerations, receipt of which is hereby acknowledged, the Assignor hereby assigns, conveys and transfers to the Assignee, its successors and assigns, all of Assignor's right, title and interest in and to the Lease.

TO HAVE AND TO HOLD the same unto the Assignee, its successors and assigns, from this day forward for the remainder of the term of the Lease, as same may be modified or extended.
Assignee hereby assumes the performance of all the terms, covenants and conditions of the Lease on the part of the tenant arising after the date hereof including the payment of rent and additional rent under the Lease.

Assignee shall indemnify, defend and hold harmless Assignor from and against any liability, claim, damage or expense (including, without limitation, reasonable attorneys' fees) arising or accruing on or prior to the date hereof under, with respect to or in connection with any obligation of Tenant under the Lease.

This agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective legal representatives, successors and assigns.

IN WITNESS WHEREOF, the Assignor and the Assignee have duly executed this instrument the day and year first above written.

_____
MOHAMAD HASSAN
Assignor

1015 Sixth ave, LLC
Mohamed Hassan
_____
Assignee

STATE OF )
) ss.:
COUNTY OF )
On _____, 2009, before me, the undersigned, personally appeared **Mohamed Hassan**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity (ies), and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public


STATE OF ) New York
) ss.:
COUNTY OF ) New York
On _3/12_, 2009, before me, the undersigned, personally appeared **Mohamed Hassan**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity (ies), and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Hamwantie Sooknauth                    Mohamed Hassan
Notary Public                          Signature

HAMWANTIE SOOKNAUTH
Notary Public, State of New York
No. 01SO6147532
Qualified in Queens County
Commission Expires June 5, 2010

# ARTICLES OF ORGANIZATION
## OF

# 1015 SIXTH AVE., LLC

*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

---

Filed by:
251 IRVING , LLC

*(Name)*

## 251 IRVING AVENUE

*(Mailing address)*

## BROOKLYN, NY 11237

*(City, State and ZIP code)*

NOTE: This form was prepared by the New York State Department of State for filing articles of organization for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $200 filing fee made payable to the Department of State.

DOS-1336 (Rev. 9/08)

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.state.ny.us

*(This form must be printed or typed in black ink)*

# ARTICLES OF ORGANIZATION
## OF

## 1015 SIXTH AVE., LLC

*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

## 1015 SIXTH AVE., LLC

**SECOND:** The county within this state in which the office of the limited liability company is to be located is: **NEW YORK**

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

## 2063 BRAGG STREET

## BROOKLY, NY 11229

(signature of organizer)

MOHAMED HASSAN

(print or type name of organizer)

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS                ALBANY, NY 12231-0001

FILING RECEIPT

================================================================================
ENTITY NAME: 1015 SIXTH AVE., LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)            COUNTY: NEWY

================================================================================
FILED:12/18/2008 DURATION:********  CASH#:081218000251 FILM #:081218000232


FILER:                                                    EXIST DATE
------                                                    ----------
251 IRVING, LLC                                           12/18/2008
251 IRVING AVENUE

BROOKLYN, NY 11237

ADDRESS FOR PROCESS:
--------------------
THE LLC
2063 BRAGG STREET
BROOKLYN, NY 11229

REGISTERED AGENT:
-----------------


================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **                SERVICE CODE: 00 *


FEES      225.00                         PAYMENTS      225.00
        --------                                     --------
FILING    200.00             CASH            0.00
TAX         0.00             CHECK           0.00
CERT        0.00             CHARGE        225.00
COPIES      0.00           DRAWDOWN          0.00
HANDLING   25.00               OPAL          0.00
                             REFUND          0.00
================================================================================
                                            DOS-1025 (04/2007)

Date of this notice:  01-13-2009

Employer Identification Number:
26-4029974

Form:  SS-4

Number of this notice:  CP 575 G

1015 SIXTH AVE
MOHAMED HASSAN SOLE MBR
251 IRVING AVE
BROOKLYN, NY  11237

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 26-4029974. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub. Thank you for your cooperation.

# DIVINE BITES
## Vendor Contact List
### March 23, 2011

| Vendor | Address | money owned |
|---|---|---|
| AHMED PAID | LOAN FROM OFFICER | $ 259,000.00 |
| ALEX BEVERAGES | ALEX BEVERAGES 1383 SEABURY AVENUE BRONX, NY 10461 | $ 718.00 |
| ARTOPOLIS | ARTOPOLIS 23-18 31TH STREET ASTORIA, NY 11105 | $ 581.00 |
| CALLIN ALL GRAPHICS MARLA | Maria Gotay | $ 1,000.00 |
| CAROUSEL CAKES | CAROUSEL CAKES 5 SEEGER DRIVE, NANUET, NY 10954 | $ 400.00 |
| CINTAS | CINTAS 109-14 14TH AVENUE COLLEGE POINT, NY 11356-5602 | $ 500.00 |
| CIRCLE KO BEVERAGE SALES INC. | CIRCLE KO BEVERAGE SALES INC. 11 WEST 32ND STREET, 5TH FLOOR NEW YORK, NY 10001 | $ 140.00 |
| COCA-COLA BOTTLING COMPANY | COCA-COLA BRON SALES CENTER P.O. BOX 4108 BOSTON, MA 02211-4106 | $ 477.00 |
| CON-EDISON | CON-EDISON | $ 6,500.00 |
| CREMOSA FOOD COMPANY | CREMOSA FOOD COMPANY 5 PARK DRIVE MELVILLE, NY 11747 | $ 327.00 |
| E & K BEVERAGE | E & K BEVERAGE | $ 424.00 |
| EAST COAST JUICE | EAST COAST JUICE 461 RAILROAD AVENUE WESTBURY, NY 11590 | $ 115.00 |
| EL DORADO COFFEE SERVICE | EL-DORADO COFFEE SERVICE 56 - 75 49TH STREET MASPETH, NY 11378 | $ 141.00 |
| EXXEL PRODUCTS, INC. | EXXEL PRODUCTS, INC. 154 MORGAN AVENUE BROOKLYN, NY 11237 | $ 287.00 |
| FISCHER FOODS OF NEW YORK, INC. | FISCHER FOODS OF NEW YORK, INC. 200 BRENNER DRIVE CONGER, NY 10920 | $ 4,000.00 |
| GRAMERCY PRODUCE | GRAMERCY PRODUCE | $ 3,023.75 |
| IMPERIAL BAG & PAPER | IMPERIAL BAG & PAPER CO., LLC 59 HOOK ROAD BAYONNE, NJ 07002 | $ 9,000.00 |
| INTERNATIONAL DELIGHTS | DELIGHTS 22-22 JACKSON AVENUE P.O. BOX 1006 LONG ISLAND CITY, NY 11101 | $ 250.00 |
| J. N.I. SPECIALTY FOODS | J. N.I. SPECIALTY FOODS 28 BRANDYWINE DRIVE DEER PARK, NEW YORK 11729 | $ 500.00 |
| K&K PRODUCE, INC. | K&K PRODUCE, INC. 14 HUNTING DRIVE, DUMONT, NJ 07628 | $ 4,500.00 |
| TAXES | ESTIMATED | $ 10,500.00 |
| LIBERTY PAPER | LIBERTY PAPER 633 COURT STREET BROOKLYN, NY 11231 | $ 1,367.00 |
| MANHATTAN BEER DIST. | MANHATTAN BEER DIST. 7 PURCELL COURT MOONACHIE, NJ 07074 | $ 85.00 |
| MARCH HEALTH FOOD, INC. | MARCH HEALTH FOOD, INC. 200 LIBERTY ST LITTLE FERRY, NJ 07643 | $ 342.00 |
| MAURICE PASTRY | MAURICE PASTRY 909 EAST 135TH STREET, BRONX, NY 10454 | $ 658.00 |
| MITCHEL K MITCHEL | MITCHEL K MITCHEL, INC. PO. BOX 101 PORT JEFFERSON, NY 11777 | $ 1,100.00 |
| OMONIA CAFE | OMONIA CAFE 32-20 BROADWAY AVENUE ASTORIA, NY 11106 | $ 1,072.00 |
| PASTRIES UNLIMITED | PASTRIES UNLIMITED 58-98 56TH STREET MASPETH, NY 11378 | $ 1,800.00 |
| PIZZA PACKET LLC | PIZZA PACKET LLC PO.BOX 150084 BROOKLYN,NEW YORK 11215 | $ 60.00 |
| SNAPPLE DISTRIBUTORS, INC. | SNAPPLE DISTRIBUTORS, INC. 300 MICHAEL DRIVE SYOSSET, NY | $ 286.00 |
| SPARTA BAKERY | SPARTA BAKERY | $ 400.00 |

# DIVINE BITES
## Vendor Contact List
### March 23, 2011

| Vendor | | money owned |
|---|---|---|

1015 SIXTH AVE. LLC PAGE 2
DIVINE BITES

| Vendor | Address | money owned |
|---|---|---|
| SWEET CLOVER FARMS, INC. | SWEET CLOVER FARMS, INC. 155-25 STYLER ROAD BKDG "D" JAMAICA, NY 11433 | $ 3,000.00 |
| SYSCO METRO NEW YORK | SYSCO METRO NEW YORK, LLC 20 THEODORE CONDRAD DR JERSEY CITY, NJ. 07305 | $ 5,200.00 |
| UNITED KITCHEN | UNITED KITCHEN 1579-A BUSHWICH AVE BROOKLYN, NY 11207 | $ 429.00 |
| US FOODSERVICE, INC. | 1051 AMBOY AVENUE PERTH AMBOY, NJ P.O BOX #641871 PITTSBURGH, PA 15264 | $ 2,042.00 |
| WELC GROUP LLC | WELC GROUP LLC 336 EAST 59TH STREET NEW YORK, NY 10022 | $ 160,000.00 |
| YASMIN BAKERY | YASMIN BAKERY 65 PROTER AVENUE BROOKLYN, NY 11237 | $ 660.00 |
| NY CITY DEPT OF ENVIRNMENTAL | 66 JOHN STREET 10TH FL. PO BOX 2307 PECK SLIP STATION, NY NY 10038 | $ 790.00 |
| TOTAL | | $ 481,674.75 |