UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                                                Chapter 11

    1015 6th Avenue LLC,                        Case no. 11-12131

                      Debtor.
---------------------------------------------------------


## AFFIDAVIT OF SERVICE

       Yosi Edelstein, being duly affirmed, deposes and says: I am over the age of eighteen years, I reside in Kings County, I am not a party herein, and that on the 18th day of May, 2011, I caused to be served a true copy of the NOTICE OF HEARING , APPLICATION FOR AN ORDER MODIFYING AUTOMATIC STAY and PROPOSED ORDER, upon the interested parties listed below, at their last known addresses, by regular U.S. Mail, by causing same to be deposited, properly enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the City of New York.

                                                    s/Yosi Edelstein

Affirmed before me this 18th
Day of May, 2011

Mark Frankel
Notary Public

FISCHER FOODS OF NEW YORK, INC.
200 BRENNER DRIVE
CONGER, NY 10920-1304

YASMIN BAKERY
65 PROTER AVENUE BROOKLYN, NY 11237-1415

MARCH HEALTH FOOD, INC.
200 LIBERTY ST
LITTLE FERRY, NJ 07643-1727

J.N.I. SPECIALTY FOODS
28 BRANDYWINE DRIVE DEER PARK, NEW YORK 11729-5785

US FOODSERVICE, INC1051 AMBOY AVENUEPERTH AMBOY, NJ 08861-1919

NY CITY DEPT OF ENVIRNMENTAL
66 JOHN STREET, 10TH FL.
PO BOX 2307 PECK SLIP STATION, NY 10038-3772

MANHATTAN BEER DIST.
7 PURCELL COURT
MOONACHIE, NJ 07074-1606

United States Trustee
33 Whitehall Street
New York, NY 10004-2122

ARTOPOLIS
23-18 31TH STREET
ASTORIA, NY 11105-2765

MITCHEL K MITCHEL, INC.
P.O. BOX 101 PORT JEFFERSON, NY 11777-0101

WELC GROUP LLC
336 EAST 59TH STREET
NEW YORK, NY 10022-1507

CINTAS 109-14
14TH AVENUE
COLLEGE POINT, NY 11356-1447

ALEX BEVERAGES
1383 SEABURY AVENUE BRONX, NY 10461-3629

K&K PRODUCE, INC. 14 HUNTING DRIVE DUMONT, NJ 07628-1517

CREMOSA FOOD COMPANY
5 PARK DRIVE
MELVILLE, NY 11747-3035

CAROUSEL CAKES
5 SEEGER DRIVE
NANUET, NY 10954-2301

SYSCO METRO NY, LLC
20 THEODORE CONDRAD DR
JERSERY CITY, NJ 07305-4614

EXXEL PRODUCTS, INC.
154 MORGAN AVENUE
BROOKLYN, NY 11237-1204

COCOA-COLA BOTTLING BRON SALES CENTER
P.O. BOX 4108
BOSTON, MA 02211-4106

EXXEL PRODUCTS, INC. 154 MORGAN AVENUE BROOKLYN, NY 11237-1204

INTERNATIONAL DELIGHTS
22-22 JACKSON AVENUE
P.O. BOX 1006
LONG ISLAND CITY, NY 11101

EL DORADO COFFEE SERVICE
56-75 49TH STREET MASPETH, NY 11378-2012

PIZZA PACKET LLC
P.O. BOX 150084
BROOKLYN, NEW YORK 11215-0084

LIBERTY PAPER
633 COURT STREET
BROOKLYN, NY 11231-2107

IMPERIAL BAG & PAPER CO., LLC
59 HOOK ROAD BAYONNE, NJ 07002-5006

Pastries Unlimited
58-96 56th Street
**MASPETH, NY 11378**

MAURICE HEALTH FOOD, INC.
909 EAST 135TH STREET
BRONX, NY 10454-3611

SNAPPLE DISTRIBUTORS,
300 MICHAEL DRIVE
SYOSSET, NY 11791-5307

UNITED KITCHEN
1579-A BUSHWICH AVE
BROOKLYN, NY 11207

East Coast Juice
461 Railroad Ave
Westbury, NY 10920-1304

| | | |
|---|---|---|
| Circle KO Beverage Sales Inc<br>11 West 32nd Street<br>5th Floor<br>New York, NY 10001-3819 | 1015 6th Ave, LLC<br>1015 Sixth Avenue<br>New York, NY 10018-5451 | Clerk's Office of US Bankruptcy<br>One Bowling Green<br>New York, NY 10004-1415 |
| IRS – Centralized Insolvency<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Omonia Café<br>32-20 Broadway Avenue<br>Astoria, NY 11106-1864 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 |
| Sweet Clover Farms<br>155-25 Styler Road<br>BKDG "D"<br>Jamaica, NY 11433-1506 | | |