UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                         Chapter 11

    1015 6th Avenue LLC,                  Case no. 11-12131

                      Debtor.
------------------------------------------------------------x

## **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon the motion, dated May 17, 2011 (the "Motion") by Welc Group LLC (the "Movant") for an order modifying the automatic stay of section 362 of title 11, United States Code (the "Bankruptcy Code") to permit Movant to enforce the warrant of eviction (the "Warrant") issued by the Civil Court of the City of New York, County of New York, Housing Part (the "State Court") and to take any further action which may be necessary to obtain possession of the Premises; and upon the hearing held before this Court on June 15, 201, and upon the entire record of this case, and after due deliberation and sufficient cause appearing therefor; it is

ORDERED, that the Motion is hereby granted to the extent set forth herein; and it is further

ORDERED, that the automatic stay of Bankruptcy Code §362 is modified to permit the Movant to enforce the Warrant in the State Court and to take any further action which may be necessary to obtain possession of the Premises; and it is further

1

ORDERED, that pursuant to Bankruptcy Rule 4001(a)(3), this Order shall be effective immediately.

Dated: New York, New York
June 15, 2011

                                    **/s/Martin Glenn**
                                    MARTIN GLENN
                            United States Bankruptcy Judge